IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

TERRELL G. STEWART,

     Appellant,

v.

                             Case No.  5D23-660
                             LT Case No. 2011-CF-182-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed April 25, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Adrian G. Soud, Judge.

Terrell G. Stewart, Chipley, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.